**J. A. ROBB et al. v. James L. DURKIN.**

**No. 783.**

Circuit Court of Appeals, Tenth Circuit.

Dec. 15, 1932.

Mosman, Rogers & Buzard, of Kansas City, Mo., for appellants.

Frank H. Thompson, and Brady & Snyder, all of Kansas City, Kan., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

**ROBY REALTY COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 9514.**

Circuit Court of Appeals, Eighth Circuit.

Jan. 24, 1933.

Albert F. Hillix and Harry L. Donnelly, both of Kansas City, Mo., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and B. A. Low, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Petition to review dismissed, without costs to either party in this court, on motion of petitioner.

**Richard Reid ROGERS, Plaintiff-Appellant, v. George W. HILL, C. F. Neiley, V. Riggio, and American Tobacco Company, Defendants-Appellees, and A. C. Mower and Charles A. Penn (Deceased), Defendants.**

**Richard Reid ROGERS, Plaintiff-Appellant, v. Thomas R. TAYLOR and American Tobacco Company, Defendants-Appellees.**

**No. 259.**

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1933.

See, also, 53 F.(2d) 395.

Richard Reid Rogers, of New York City, plaintiff-appellant, pro se.

Chadbourne, Stanchfield & Levy, of New York City (Nathan L. Miller, of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed on the authority of Rogers v. Hill, 60 F.(2d) 109 (C. C. A. 2).

AUGUSTUS N. HAND, Circuit Judge (concurring).

I concur on the authority specified in the per curiam. With the matter open, I should reach a different decision.